IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANDREA ROA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:17-cv-05035-WSD |
| V. | ) | |
| | ) | |
| ATLANTA NATIONAL LEAGUE | ) | |
| BASEBALL CLUB, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

COMES NOW Plaintiff Andrea Roa, jointly with Defendant Atlanta National League Baseball Club, LLC, to stipulate to the voluntary dismissal of Civil Action No. 1:17-cv-05035-WSD.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their counsel of record, jointly stipulate and agree to the dismissal of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorney's fees and costs

Respectfully submitted this 30th day of March, 2018.

                                                  THE PARRISH LAW FIRM, LLC

                              By:    */s/ Jonathan A. Parrish*
                                           Jonathan A. Parrish, Esq.
                                           Georgia Bar No. 263008

                                           Resurgens Plaza, Suite 2250
                                           945 East Paces Ferry Road, NE
                                           Atlanta, Georgia 30326
                                           Telephone:  (404) 891-0141
                                           Facsimile:  (404) 891-0143
                                           E-mail:  jparrish@parrishfirm.com
                                           ATTORNEY FOR PLAINTIFF

1

                        BAKER HOSTETLER LLP

By:   */s/ Ronald B. Gaither*
       Porsche D. Austin
       Georgia Bar No. 117089
       Ronald B. Gaither
       Georgia Bar No. 282292

       1170 Peachtree St. NE, Ste. 2400
       Atlanta, Georgia 30309
       Telephone:  (404) 459-5522
       Facsimile:  (404) 459-5734
       E-mail:  paustin@bakerlaw.com
       E-mail:  rgaither@bakerlaw.com
       ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANDREA ROA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:17-cv-05035-WSD |
| V. | ) | |
| | ) | |
| ATLANTA NATIONAL LEAGUE | ) | |
| BASEBALL CLUB, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTFICIATE OF SERVICE**

This is to certify that I have this 30th day of March, 2018, electronically filed a copy of the within and foregoing **Stipulation of Dismissal,** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

> Porsche D. Austin
> Ronald B. Gaither
> 1170 Peachtree Street, NE
> Suite 2400
> Atlanta, Georgia 30309
> paustin@bakerlaw.com
> rgaither@bakerlaw.com

 */s/ Jonathan A. Parrish*
Jonathan A. Parrish, Esq.
Georgia Bar No. 263008

ATTORNEY FOR PLAINTIFF

**THE PARRISH LAW FIRM, LLC**
Resurgens Plaza, Suite 2250
945 East Paces Ferry Road, NE
Atlanta, Georgia 30326
Telephone:  (404) 891-0141

Facsimile: (404) 891-0143
E-mail: jparrish@parrishfirm.com